1  MCNUTT LAW FIRM, P.C.
   Daniel R. McNutt, Esq., Bar No. 7815
2  Matthew C. Wolf, Esq., Bar No. 10801
   625 South Eighth Street
3  Las Vegas, Nevada 89101
   Tel.: (702) 384-1170 / Fax.: (702) 384-5529
4  drm@mcnuttlawfirm.com
   mcw@mcnuttlawfirm.com
5  *Counsel for Defendants Corporation
   of the President of The Church of Jesus
6  Christ of Latter-day Saints* and
   *Corporation of the Presiding Bishop of
7  The Church of Jesus Christ of Latter-day Saints*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEENAN MCDANIELS, individually,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC HOLMES, individually; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>    Defendants | Case No.: 2:18-cv-02414-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS THE ACTION WITH PREJUDICE WITH ALL SIDES BEARING THEIR OWN FEES AND COSTS**<br><br>ECF No. 21 |

///

///

1

# STIPULATION AND ORDER TO DISMISS THE ACTION WITH PREJUDICE WITH ALL SIDES BEARING THEIR OWN FEES AND COSTS

Defendants Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints, Corporation of the President of The Church of Jesus Christ of Latter-day Saints, and Eric Holmes hereby stipulate and agree with Plaintiff Keenan McDaniels to dismiss this action in its entirety with prejudice with all parties bearing their own fees and costs.

IT IS SO STIPULATED May 2, 2019.

| | |
|---|---|
| MCNUTT LAW FIRM, P.C. | MORRIS LAW GROUP |
| */s/ Dan McNutt* <br> DANIEL MCNUTT (SBN 7815) <br> MATTHEW WOLF (SBN 10801) <br> 625 South Eighth Street <br> Las Vegas, Nevada 89101 | */s/ Raleigh Thompson* <br> RALEIGH THOMPSON (SBN 11296) <br> 411 E. Bonneville Ave., Ste. 360 <br> Las Vegas, Nevada 89101 |
| *Counsel for Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints* and *Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints* | *Counsel for Defendant Eric Holmes* |

DIMOPOULUS INJURY LAW

*/s/ Garnet Beal*
STEVE DIMOPOULOS (SBN 12729)
GARNET E. BEAL (SBN 12693)
6830 Rainbow Blvd., Suite 200
Las Vegas, NV 89118

*Counsel for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 2, 2019